**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **CHRISTINA KELLY,** | § | |
| **INDIVIDUALLY, AND AS NEXT** | § | |
| **FRIEND OF A.K.,** | § | |
| **A MINOR CHILD** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **YANCI SABIN AND** | § | |
| **TRISHA SABIN** | § | |

## <u>NOTICE OF REMOVAL</u>

Defendants Yanci Sabin and Trisha Sabin ("Defendants") file this Notice of Removal based on diversity jurisdiction under 28 U.S.C. § 1332. As grounds for removal, Defendants state as follows:

### I.    PROCEDURAL BACKGROUND

1.    On October 11, 2023, Plaintiff Christina Kelly ("Plaintiff") filed her Original Petition  in the County Court at Law No. 1 – Nueces County, Texas, Case No. 2023CCV-61292-1. The State Court Filings are attached as Exhibit A.

2.    Defendant's were served on or about December 4, 2023 and filed their answers and jury demand on December 12, 2023.

### II.    NATURE OF THE CASE

3.    Plaintiff is asserting a claim for negligence related to an alleged injury caused by Defendant's dog.

4.    According to Plaintiff's petition, A.K., a minor child, was injured by a dog owned by Defendants. Plaintiff is asserting strict liability, negligence, and negligence per se claims against Defendant's. According to Plaintiff's pleadings, the total amount of the recovery is in excess of

$75,000.00. *See Exhibit A.*

### III.    BASIS FOR REMOVAL: DIVERSITY JURISDICTION

5.    This action is removable based on diversity jurisdiction under 28 U.S.C. § 1332.

6.    Plaintiff and Defendant are citizens of different states.

7.    Plaintiff is an individual residing in the State of Texas according to her Original Petition.

8.    Defendants are individuals residing in the State of Wyoming.

9.    For purposes of this notice of removal, there is complete diversity of citizenship between Plaintiff and Defendant.

10.    The amount in controversy exceeds $75,000.

11.    In Plaintiff's Original Petition, Plaintiff affirmatively claims that she is seeking damages in excess of $75,000. The amount in controversy, for diversity purposes, is to be viewed from the Plaintiff's perspective. *See Garcia v. Koch Oil Co. of Texas, Inc.,* 351 F. 3d. 636, 640 n. 4 (5th Cir. 2003). In other words, what Plaintiff seeks to gain from the lawsuit controls. *See id.* In this case, it is undisputed that Plaintiff is seeking more than $75,000, which means Plaintiff is seeking a recovery in excess of the required jurisdictional limits necessary to support jurisdiction in this Court under diversity jurisdiction. Accordingly, removal is proper because there is complete diversity of citizenship and the value of the right to be protected exceeds $75,000 based upon the Plaintiff's own affirmative pleadings regarding the amount of damages sought by Plaintiff.

### IV.    ADDITIONAL REQUIREMENTS

12.    Venue for removal is proper in the United States District Court for the Southern District of Texas, Corpus Christi Division, because this district and division includes Nueces County, Texas, which is the location of the pending State Court Action.

13.    Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, copies of the state court docket sheet

and all process, pleadings, orders and other papers filed in the court below are attached as Exhibit A and incorporated herein by reference.

14.    Plaintiff is represented by John D. Schroeder (jshroeder@gelawfirm.com) and Greg Gowan (ggowan@gelawfirm.com), Gowan Elizondo, LLP, 555 N. Carancahua, Suite 1400, Corpus Christi, Texas 78401; 361-651-1000.

15.    Under 28 U.S.C. § 1446(b), this removal is timely. This Notice of Removal is filed within 30 days of service of process upon Defendants.

16.    In accordance with 28 U.S.C. § 1446(d), Defendants will promptly file a copy of this Notice of Removal with the Clerk of the County Clerk of Nueces County, Texas, County Court at Law No. 1, in Cause No 2023CCV-61292-1.

17.    Having satisfied the requirements for removal under 28 U.S.C. §§1331, 1332, 1441, and 1446, Defendants hereby gives notices that Cause No 2023CCV-61292-1, the County Court at Law No. 1 of Nueces County, Texas, has been removed to this Court.

Respectfully submitted,

**BEARD KULTGEN BROPHY
BOSTWICK & DICKSON, PLLC**

By: _____
Dan N. MacLemore
State Bar No. 24037013
220 South 4th Street
Waco, Texas 76701
Tel (254) 776-5500
Fax (254) 776-3591
maclemore@thetexasfirm.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE AND NOTICE OF FILING

I certify that on December 28, 2023, this Notice of Removal was sent to and filed with the Clerk of the County Court at Law No. 1 of Nueces County, Texas, in Cause No. 2023CCV-61292-1.

BY: _____

Dan N. MacLemore

## CERTIFICATE OF SERVICE

The foregoing Notice of Removal was forwarded to all attorneys of record in this case via electronic notice upon the filing of this Notice via the electronic case filing procedures in the Southern District of Texas and via email to John D. Schroeder (jshroeder@gelawfirm.com) and Greg Gowan (ggowan@gelawfirm.com) .

BY: _____

Dan N. MacLemore

# EXHIBIT A

## TABLE OF CONTENTS FOR EXHIBIT A

1.     Nueces County - State Court Docket Sheet

2.     Plaintiff's Original Petition with Citation

3.     Defendant Yanci Sabin Original Answer

4.     Defendant Trisha Sabin Original Answer

# Case Information

2023CCV-61292-1 | XXXXX

| Case Number | Court | Judicial Officer |
|---|---|---|
| 2023CCV-61292-1 | CCAL1 | Robinson, Todd |
| File Date | Case Type | Case Status |
| 10/11/2023 | Injury or Damage - Other | Pending |

# Party

Plaintiff
Kelley, Christina

  Aliases
  *NFO* K., A.

Active Attorneys ▾
Attorney
Gowan, Gregory Lamar
Retained

Lead Attorney
Schroeder, John D.
Retained

Defendant
Sabin, Yanci

Active Attorneys ▾
Lead Attorney
MacLemore, Dan N.
Retained

Defendant
Sabin, Trisha

Active Attorneys ▾
Lead Attorney
MacLemore, Dan N.
Retained

## Events and Hearings

10/11/2023 Original Petition (OCA)

10/11/2023 Original Petition Documents E-filed ▾

Judicial Officer
Robinson, Todd

Comment
Plaintiff's Original Petition

10/11/2023 Service Request Information Sheet ▾

Comment
Service Requested

10/13/2023 Citation ▾

Unserved

Unserved

12/12/2023 Original Answer ▾

Comment
Defendant Yanci Sabin's Original Answer

12/12/2023 Original Answer ▾

Comment
Defendant Trisha Sabin's Original Answer

## Financial

Kelley, Christina

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $366.00 |
| | Total Payments and Credits | | | $366.00 |
| 10/11/2023 | Transaction Assessment | | | $366.00 |
| 10/11/2023 | E-file Payment | Receipt # 2023-11201-DCCLK | Kelly, Christina | ($229.00) |
| 10/11/2023 | State Credit | | | ($137.00) |

-

Filed
10/11/2023 11:43 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO. <u>2023CCV-61292-1</u>

| | | |
|---|---|---|
| **CHRISTINA KELLY,** | § | **IN THE COUNTY COURT** |
| **INDIVIDUALLY, AND AS NEXT** | § | |
| **FRIEND OF, A.K.,** | § | |
| **A MINOR CHILD** | § | |
| | § | |
| **v.** | § | **AT LAW NUMBER _____** |
| | § | |
| | § | |
| | § | |
| **YANCI SABIN AND** | § | |
| **TRISHA SABIN** | § | **NUECES COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

**NOW COMES** Plaintiff, Christina Kelley, individually, and as next friend of A.K., a minor child, complaining of Defendants, Yanci Sabin and Trisha Sabin, and in support thereof would show the Court as follows:

### I.
### DISCOVERY

1.1     Pursuant to Rule 190 of the Texas Rules of Civil Procedure, Plaintiff alleges this lawsuit is intended to be conducted under Level 3 of the Discovery Control Plan.  As such, absent an agreement by and between all parties, Plaintiff requests that a case management conference be set at the Court's earliest convenience so that a discovery/docket control order be entered.

### II.
### PARTIES

2.1     Plaintiff is a resident of Nueces County, Texas.

2.2     Defendant, Yanci Sabin, is a resident of Nueces County, Texas, and may be served with process at 4922 Kerrville Drive, Corpus Christi, Texas 78413.

2.3     Defendant, Trisha Sabin, is a resident of Nueces County, Texas, and may be served with process at 4922 Kerrville Drive, Corpus Christi, Texas 78413.

**III.**
**VENUE AND JURISDICTION**

3.1    Venue is proper in Nueces County, Texas, pursuant to Section 15.002(a)(2) of the Texas Civil Practice and Remedies Code in that Nueces County is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred.

3.2    The amount sought herein exceeds the minimum jurisdictional limits of this Court, and the $75,000 minimum diversity jurisdiction limits of the federal courts.

**IV.**
**THE INCIDENT IN QUESTION**

4.1    This case arises out of a brutal dog attack that occurred on or about March 31, 2022. On that date, Defendants owned a home located at 4922 Kerrville Drive, Corpus Christi, Texas 78413. At the time of the incident, the Defendants were residents at 4922 Kerrville Drive, Corpus Christi, Texas 78413. At the time of the accident, the Defendants housed a pit bull. The minor Plaintiff was walking to his grandparents' house nearby after football practice with two minor friends. As the three minor children were walking, Defendants' pit bull jumped a fence and attacked the minor Plaintiff. The animal jumped up and bit minor Plaintiff and clamped onto the minor Plaintiff's "private parts" and refused to let go, resulting in serious injuries. After some struggle, witnesses eventually were able to free minor Plaintiff from the animal's bite.  Due to the acts and/or omissions of the Defendants, the Plaintiff has suffered severe injuries for which she brings several causes of action.

**V.**
**CAUSES OF ACTION**

**Strict Liability**

5.1    Plaintiff incorporates the previous paragraphs herein as fully and completely set forth in this paragraph. Plaintiff would show that the owners of the subject property owned by the Defendants owned the animal which attacked the Plaintiff; the subject animal had dangerous propensities abnormal to its class, other dogs; Defendants knew or should have known that the subject had dangerous propensities abnormal to its class; and the subject animal's dangerous propensities were the producing cause of the Plaintiff's injuries. The Defendants are strictly liable for the Plaintiff's injuries and resulting damages.

## Negligence

5.2    Plaintiff incorporates the previous paragraphs herein as fully and completely set forth in this paragraph.  Plaintiff would show that the Defendants owned their property and owned the animal in question; Defendant owed a duty to Plaintiff to exercise reasonable care to prevent the subject dog from injuring the Plaintiff and others; Defendants breached his duty to Plaintiff; and Defendants' breach proximately caused the Plaintiff's injuries and damages.

## Negligence *Per Se*

5.3    Plaintiff incorporates the previous paragraphs herein as fully and completely set forth in this paragraph.  Defendants are liable for negligence *per se* for their violation of Chapter 822 of the Texas Health Safety Code "Leash Law" and "Dangerous Dog Act," which is a proximate cause of the occurrence made the basis of this suit and the Plaintiff's injuries and damages.

## VI.
### DAMAGE CLAIMS OF PLAINTIFF

6.1    Plaintiff re-alleges and incorporates by reference the allegations as set forth above. Plaintiff has suffered personal injuries, all of which are a result of the

automobile collision made the basis of this lawsuit.

6.2     As a direct, proximate and foreseeable result of the above referenced acts and/or omissions of the Defendant, Plaintiff sustained severe and permanent physical, mental, and emotional injuries as well as economic losses. As such, Plaintiff seeks the following damages:

A.     <u>Medical Expenses</u>: Plaintiff has suffered severe and permanent bodily injuries. Plaintiff has incurred significant medical expenses in connection with said injuries and in all reasonable medical probability will incur significant future medical expenses for the remainder of his life.

B.     <u>Physical Pain</u>: Plaintiff has endured significant physical pain in the past and will endure pain in the future.

C.     <u>Mental Anguish</u>: Plaintiff has endured tremendous mental anguish in the past and will endure mental anguish in the future.

D.     <u>Impairment</u>: Plaintiff has suffered traumatic physical and mental impairment in the past and will continue to suffer the effects into the future and likely for the remainder of his life.

E.     <u>Disfigurement</u>: Plaintiff has suffered disfigurement in the past and will suffer from disfigurement in the future.

## VII.
### PLAINTIFF'S MAXIMUM DAMAGES

7.1     Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiff states that she will not seek in excess of One Million Dollars ($1,000,000.00) for all the damages claimed by Plaintiff. Plaintiff further states that the decision as to what is fair compensation in this case is best left to the discretion of the jury after all of the evidence is presented at trial.

## VIII.
### JURISDICTIONAL AMOUNT

8.1     By reason of the facts alleged herein, the Plaintiff has been made to suffer and sustain injuries and damages at the hands of the Defendants in excess of

the minimum jurisdictional limits of this court and in an amount to be determined by the jury in this case and as the evidence may show proper at the time of the trial.

## IX.
### PRE-JUDGMENT AND POST-JUDGMENT

9.1     Plaintiff seeks pre-judgment and post-judgment interest at the highest rate allowed by law.

## X.
### REQUEST FOR JURY TRIAL

10.1     Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Plaintiff hereby requests a trial by jury.  Plaintiff hereby tenders the appropriate jury fee.

## XII.
### RULE 193.7 NOTICE

11.1     Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives actual notice that any and all documents produced by any party will be used at any pretrial proceeding and/or at the trial of this matter.

## XII.
### RESERVATION OF RIGHTS

12.1     Plaintiff reserves the right to prove the amount of damages at trial. Plaintiff reserves the right to amend her petition to add additional counts upon further discovery and as her investigation continues.

## XIII.
### CONDITIONS PRECEDENT

13.1    Pursuant to Rule 54 of the Texas Rules of Civil Procedure, all conditions precedent to Plaintiff's right to recover herein and to Defendants' liability have been performed or have occurred.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that the Defendants be cited to appear and answer herein, that this cause be set down for trial before a jury, and that Plaintiff recovers judgment of and from the Defendants for her actual damages in such amount as the evidence may show and the jury may determine to be proper, together with pre-judgment interest, post-judgment interest, costs of suit, and such other and further relief to which she may show herself to be justly entitled.

Respectfully submitted,

**GOWAN ELIZONDO, LLP**
555 N. Carancahua, Ste 1400
Corpus Christi, Texas 78401
Phone: (361) 651-1000
Facsimile: (361) 651-1001

/s/  John D. Schroeder
Gregory L. Gowan
State Bar No. 00795384
ggowan@gelawfirm.com
John D. Schroeder
State Bar No. 24093971
jschroeder@gelawfirm.com

*Attorneys for Plaintiff*

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

John Schroeder on behalf of John Schroeder
Bar No. 795384
jschroeder@gelawfirm.com
Envelope ID: 80474161
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 10/11/2023 12:06 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Schroeder | | jschroeder@gelawfirm.com | 10/11/2023 11:43:59 AM | SENT |
| Shanna Rice | | srice@gelawfirm.com | 10/11/2023 11:43:59 AM | SENT |
| Tony Calderon | | tonyc@gelawfirm.com | 10/11/2023 11:43:59 AM | SENT |
| Gregory Lamar Gowan | 795384 | ggowan@gelawfirm.com | 10/11/2023 11:43:59 AM | SENT |

Filed
12/12/2023 9:35 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

## CAUSE NO. 2023CCV-61292-1

| | | |
|---|---|---|
| CHRISTINA KELLY, | § | IN THE COUNTY COURT |
| INDVIDUALLY, AND AS NEXT | § | |
| FRIEND OF A.K., | § | |
| A MINOR CHILD | § | |
| | § | AT LAW NO. |
| v. | § | |
| | § | |
| YANCI SABIN AND | § | |
| TRISH SABIN | § | NUECES COUNTY, TEXAS |

## DEFENDANT YANCI SABIN'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Yanci Sabin ("Defendant" or "Yanci") and files its Original Answer and respectfully shows this Court the following:

### <u>GENERAL DENIAL</u>

1.      Defendant generally denies each and every allegation made by Plaintiff in Plaintiff's live Petition pursuant to Rule 502.5 of the Texas Rules of Civil Procedure and demands strict proof thereof as required by the laws and Constitution of the State of Texas.

### NOTICE PURSUANT TO RULE 193.7

Defendant Yanci, pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, hereby provides notice to all parties in this case that Defendant Yanci intends to use documents produced in response to any written discovery by any party to this cause as authenticated and will be used for any purpose allowed by Rule 193.7.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that judgment be rendered; that Plaintiff take nothing on all claims asserted against Defendant; that Defendant be awarded all

costs and expenses incurred herein; and for such other and further relief, both legal and equitable, to which Defendant may be justly entitled.

Respectfully submitted,

**BEARD KULTGEN BROPHY
BOSTWICK & DICKSON, PLLC**

_____

Dan N. MacLemore
State Bar No. 24037013
220 South 4th Street
Waco, Texas 76701
Tel (254) 776-5500
Fax (254) 776-3591
maclemore@thetexasfirm.com

**ATTORNEYS FOR DEFENDANT YANCI SABIN**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2023, a copy of the foregoing instrument has this day been served upon all counsel via electronic filing, email, fax, and/or certified mail return receipt requested.

_____

Dan N. MacLemore

## DEFENDANT DEMANDS A JURY TRIAL

NOW COMES the Defendant and demands a trial by jury on the issues in this cause and respectively asks that this cause be placed upon the jury docket and files herewith the required jury fee.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Callye Berry on behalf of Dan MacLemore
Bar No. 24037013
Berry@thetexasfirm.com
Envelope ID: 82471827
Filing Code Description: Original Answer
Filing Description: Defendant Yanci Sabin's Original Answer
Status as of 12/13/2023 2:21 PM CST

Associated Case Party: Yanci Sabin

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Callye Berry | | berry@thetexasfirm.com | 12/12/2023 9:35:18 AM | SENT |
| Dan MacLemore | | maclemore@thetexasfirm.com | 12/12/2023 9:35:18 AM | SENT |

Associated Case Party: Christina Kelley

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John DSchroeder | | jschroeder@gelawfirm.com | 12/12/2023 9:35:18 AM | SENT |
| Gregory LGowan | | ggowan@gelawfirm.com | 12/12/2023 9:35:18 AM | SENT |

Filed
12/12/2023 9:35 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

## CAUSE NO. 2023CCV-61292-1

| | | |
|---|---|---|
| CHRISTINA KELLY, | § | IN THE COUNTY COURT |
| INDVIDUALLY, AND AS NEXT | § | |
| FRIEND OF A.K., | § | |
| A MINOR CHILD | § | |
| | § | AT LAW NO. |
| v. | § | |
| | § | |
| YANCI SABIN AND | § | |
| TRISHA SABIN | § | NUECES COUNTY, TEXAS |

## DEFENDANT TRISHA SABIN'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Trisha Sabin ("Defendant" or "Trisha") and files its Original Answer and respectfully shows this Court the following:

### GENERAL DENIAL

1.　Defendant generally denies each and every allegation made by Plaintiff in Plaintiff's live Petition pursuant to Rule 502.5 of the Texas Rules of Civil Procedure and demands strict proof thereof as required by the laws and Constitution of the State of Texas.

### NOTICE PURSUANT TO RULE 193.7

Defendant Trisha, pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, hereby provides notice to all parties in this case that Defendant Trisha intends to use documents produced in response to any written discovery by any party to this cause as authenticated and will be used for any purpose allowed by Rule 193.7.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that judgment be rendered; that Plaintiff take nothing on all claims asserted against Defendant; that Defendant be awarded all

---

**DEFENDANT TRISHA SABIN'S**
**ORIGINAL ANSWER**

costs and expenses incurred herein; and for such other and further relief, both legal and equitable, to which Defendant may be justly entitled.

Respectfully submitted,

**BEARD KULTGEN BROPHY BOSTWICK & DICKSON, PLLC**

Dan N. MacLemore
State Bar No. 24037013
220 South 4th Street
Waco, Texas 76701
Tel (254) 776-5500
Fax (254) 776-3591
maclemore@thetexasfirm.com

**ATTORNEYS FOR DEFENDANT TRISHA SABIN**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2023, a copy of the foregoing instrument has this day been served upon all counsel via electronic filing, email, fax, and/or certified mail return receipt requested.

Dan N. MacLemore

## DEFENDANT DEMANDS A JURY TRIAL

NOW COMES the Defendant and demands a trial by jury on the issues in this cause and respectively asks that this cause be placed upon the jury docket and files herewith the required jury fee.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Callye Berry on behalf of Dan MacLemore
Bar No. 24037013
Berry@thetexasfirm.com
Envelope ID: 82471827
Filing Code Description: Original Answer
Filing Description: Defendant Yanci Sabin's Original Answer
Status as of 12/13/2023 2:21 PM CST

Associated Case Party: Yanci Sabin

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Callye Berry | | berry@thetexasfirm.com | 12/12/2023 9:35:18 AM | SENT |
| Dan MacLemore | | maclemore@thetexasfirm.com | 12/12/2023 9:35:18 AM | SENT |

Associated Case Party: Christina Kelley

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John DSchroeder | | jschroeder@gelawfirm.com | 12/12/2023 9:35:18 AM | SENT |
| Gregory LGowan | | ggowan@gelawfirm.com | 12/12/2023 9:35:18 AM | SENT |